SOUTHLAND CORPORATION *et al.*, Plaintiffs-Appellants, *v.* THE VILLAGE OF HOFFMAN ESTATES *et al.*, Defendants-Appellees.

(No. 56226;

First District (1st Division)—May 7, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Edward T. Graham, of Wheaton, (Sidney Z. Karasik, of counsel,) for appellants.

Hofert and Samelson, of Des Plaines, (Edward C. Hofert and Harry G. Fins, of counsel,) for appellees.